# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 2:07-mj-462 |
| Plaintiff, ) | ORDER FOR DISMISSAL AND QUASHING WARRANT |
| vs. ) | |
| ALCEBE DOMINGUEZ-MAYO, ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States for the District of Nevada hereby dismisses with prejudice complaint number 2:07-mj-462 on Alcebe Dominguez-Mayo.

DATED this __23rd__ day of April, 2019.

NICHOLAS A. TRUTANICH
United States Attorney

/s/ Linda Mott

LINDA MOTT
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

DATED this __25th__ day of ~~April~~ September, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

CAM FERENBACH
U.S. MAGISTRATE JUDGE

____ FILED      ____ RECEIVED
____ ENTERED    ____ SERVED ON
       COUNSEL/PARTIES OF RECORD

SEP 2 5 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1